Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
baustin@swlaw.com

*Attorneys for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLEN GLASGOW,<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE; NEVADA FEDERAL CREDIT UNION; ONE NEVADA CREDIT UNION; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; and TRANS UNION, LLC,<br><br>    Defendants. | **Case No. 2:18-cv-01290-APG-VCF**<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**(FIRST REQUEST)** |

    Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from August 7, 2018 through and including **September 4, 2018**. Plaintiff and Equifax are actively engaged in settlement discussions. The additional time to respond to the Complaint will facilitate settlement discussions.

///

///

///

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

1  This stipulation is filed in good faith and not intended to cause delay.

2  Respectfully submitted, this 2nd day of August, 2018.

SNELL & WILMER LLP

By: /s/ *Bradley Austin*
Bradley T. Austin
Nevada Bar No. 13064
3883 Howard Hughes Pkwy., Suite 1100
Las Vegas, NV 89169
Email: baustin@swlaw.com
*Attorneys for Defendant Equifax Information Services, LLC*

**<u>No opposition</u>**

/s/ *Miles Clark*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Avenue, Suite 170-109
Las Vegas, NV 89129
Phone: 702.825.6060
FAX: 702.447.8048
Email: miles.clark@knepperclark.com

/s/ *David Krieger*
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge
DATED: 8-3-2018

4847-4730-7097

- 2 -