JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
jwhitmire@santoronevada.com
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Telephone:    702/948-8771
Facsimile:    702/948-8773

*Attorney for Defendant*
*One Nevada Credit Union*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLEN GLASGOW,<br><br>                     Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE;<br>NEVADA FEDERAL CREDIT UNION; ONE<br>NEVADA CREDIT UNION; EXPERIAN<br>INFORMATION SOLUTIONS, INC;<br>EQUIFAX INFORMATION SERVICES LLC;<br>and TRANS UNION, LLC,<br><br>                     Defendants. | Case No.:  2:18-cv-01290-APG-VCF<br><br>**STIPULATION AND ORDER<br>EXTENDING THE TIME FOR<br>DEFENDANT ONE NEVADA CREDIT<br>UNION TO ANSWER OR OTHERWISE<br>RESPOND TO THE COMPLAINT** |

Plaintiff Allen Glasgow ("Plaintiff") and Defendant One Nevada Credit Union ("Defendant") state the following:

1.      The Complaint was filed on July 16, 2018.  (ECF No. 1).

2.      Defendant was served on July 18, 2018.

3.      Pursuant to Fed. R. Civ. P. 12, Defendant has 21 days to file a response to the Complaint, or until August 8, 2018.

4.      Defendant has recently retained counsel.

5. To allow Defendant's counsel to conduct a preliminary investigation of the Complaint's allegations and prepare a response, the parties agree to extend the date for Defendant to answer or otherwise respond to the Complaint from August 8, 2018 to **August 22, 2018**.

6. This extension is being sought for good cause and not for the purposes of delay.

**IT IS SO AGREED AND STIPULATED:**

HAINES & KRIEGER, LLC        SANTORO WHITMIRE

*/s/ Miles N. Clark*                 */s/ James E. Whitmire*
DAVID H. KRIEGER, ESQ.         JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 9086              Nevada State Bar No. 6533
8985 S. Eastern Avenue, Suite 350     10100 W. Charleston Blvd., Suite 250
Henderson, NV 89123             Las Vegas, NV 89135
Email: dkrieger@hainesandkrieger.com    Tel: 702.948.8771
                                      E-mail: jwhitmire@santoronevada.com
Matthew I Knepper, Esq.
Miles N. Clark, Esq.             Attorney for Defendant *One Nevada Credit*
KNEPPER & CLARK, LLC        *Union*
10040 W. Cheyenne Ave. Suite 170-109
Las Vegas, NV 89129
Email: matthew.knepper@knepperclark.com
        miles.clark@knepperclark.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____
              August 8, 2018

- 2 -