Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer L. McBee, Esq.
Nevada Bar No. 9110
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: kdove@swlaw.com
       mcbee@swlaw.com
*Attorneys for Defendant Wells Fargo Bank, N.A.*
*(incorrectly named as Wells Fargo Home Mortgage)*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALLEN GLASGOW, | Case No. 2:18-cv-01290-APG-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO BANK, N.A.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| WELLS FARGO HOME MORTGAGE; NEVADA FEDERAL CREDIT UNION; ONE NEVADA CREDIT UNION; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; AND TRANS UNION, LLC, | **(FIRST REQUEST)** |
| Defendants. | |

It is hereby stipulated by and between Plaintiff Allen Glasgow ("Plaintiff"), through his attorneys, Haines & Krieger, LLC and Knepper & Clark, LLC, and Defendant Wells Fargo Bank, N.A. (incorrectly named as Wells Fargo Home Mortgage) ("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

In the interest of conserving client and judicial resources, Plaintiff and Wells Fargo stipulate and agree that Wells Fargo shall have an extension until **September 25, 2018**, in which to file its responsive pleading. This is the parties' first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party, but is intended

so that Wells Fargo can conduct a diligent search and obtain records necessary to prepare its response.

DATED this 28th day of August, 2018.

| KNEPPER & CLARK LLC | SNELL & WILMER L.L.P. |
|---|---|
| By: */s/ Miles N. Clark* <br> Matthew I. Knepper (NV Bar No. 12796) <br> Miles N. Clark (NV Bar No. 13848) <br> 10040 W. Cheyenne Ave., Suite 170-109 <br> Las Vegas, NV 89129 <br> *(signed with permission)* <br> *Attorneys for Plaintiff Allen Glasgow* | By: */s/ Jennifer L. McBee* <br> Kelly H. Dove (NV Bar No. 10569) <br> Jennifer L. McBee (NV Bar No. 9110) <br> 3883 Howard Hughes Parkway, Suite 1100 <br> Las Vegas, NV 89169 <br> Telephone: (702) 784-5200 <br> Facsimile: (702) 784-5252 <br> *Attorneys for Defendant* <br> *Wells Fargo Bank, N.A.* <br> *(incorrectly sued as* <br> *Wells Fargo Home Mortgage)* |

**ORDER**

**IT IS ORDERED THAT Wells Fargo Bank, N.A.'s time to respond to Plaintiff's Complaint shall be extended to on or before September 25, 2018.**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED this 28th day of August, 2018.

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Jennifer L. McBee*
Jennifer L. McBee, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*
*(incorrectly sued as*
*Wells Fargo Home Mortgage)*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO BANK, N.A.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: August 28, 2018

*/s/ Maricris Williams*
An Employee of SNELL & WILMER L.L.P.

4811-0241-8801