| | |
|---|---|
| 1 | **JASON G. REVZIN** |
| 2 | Nevada Bar No. 8629<br>**LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| 3 | 6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, Nevada 89118 |
| 4 | Telephone: (702) 893-3383 |
| 5 | Facsimile: (702) 893-3789<br>Email: jason.revzin@lewisbrisbois.com |
| 6 | **COUNSEL FOR DEFENDANT TRANS UNION LLC** |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ALLEN GLASGOW, | Case No. 2:18-cv-01290-APG-VCF |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| v. | |
| WELLS FARGO HOME MORTGAGE; NEVADA FEDERAL CREDIT UNION; ONE NEVADA CREDIT UNION; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION, LLC, | |
| | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff, Allen Glasgow ("Plaintiff"), and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Trans Union's Time to Respond to Plaintiff's First Amended Complaint ("Amended Complaint").

On September 7, 2018, Plaintiff filed her Amended Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Amended Complaint is September 21, 2018. Trans Union is in need of additional time to investigate Plaintiff's claims and respond to the allegations and details in Plaintiff's First Amended Complaint. Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's First Amended Complaint up to and including October 12, 2018. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's First Amended Complaint. This request is being made in good faith and is not made for any purpose of undue delay.

**Allen Glasgow v. Wells Fargo, et al.**, Case No. 2:18-cv-01290 APG-VCV
STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO RESPOND TO PLAINTIFFALLEN GLASGOW'S FIRST AMENDED COMPLAINT (FIRST REQUEST) *continuation page:*

Dated this 20th day of September, 2018

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

**/s/** *Jason G. Revzin*
Jason G. Revzin
Nevada Bar No. 8629
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Jason.revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

**KNEPPER & CLARK LLC; HAINES & KRIEGER, LLC**

**/s/** *Matthew I. Knepper*
Matthew I. Knepper
Nevada Bar No. 12796
Miles N. Clark
Nevada Bar No. 13848
10040 W. Cheyenne Ave., Suite170-109
Las Vegas, NV 89129
Telephone: (702) 825-6060
Facsimile: (702) 447-8048
matthew.knepper@knepperclark.com:
miles.clark@knepperclark.com
  and
David H. Krieger
Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518
dkrieger@hainesandkrieger.com
*Counsel for Plaintiff*

**Allen Glasgow v. Wells Fargo, et al., Case No. 2:18-cv-01290 APG-VCV STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO RESPOND TO PLAINTIFF ALLEN GLASGOW'S FIRST AMENDED COMPLAINT (FIRST REQUEST)** *continuation page:*

Dated this 20th day of September, 2018

**SNELL & WILMER LLP**

*/s/ Bradley T. Austin*
Bradley T. Austin
Nevada Bar No. 13064
3883 Howard Hughes Pkwy., Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
baustin@swlaw.com
*Counsel for Equifax Information Services LLC*

**SNELL & WILMER LLP**

*/s/ Jennifer Lustig McBee*
Jennifer Lustig McBee
Nevada Bar No. 9110
Snell & Wilmer L.L.P.
3883 Howard Hughes Pkwy, Ste. 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
jmcbee@swlaw.com
   and
Kelly H Dove
Nevada Bar No. 10569
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
kdove@swlaw.com
*Counsel for Wells Fargo Home Mortgage*

**Allen Glasgow v. Wells Fargo, et al., Case No. 2:18-cv-01290 APG-VCV
STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S
TIME TO RESPOND TO PLAINTIFF ALLEN GLASGOW'S FIRST AMENDED
COMPLAINT (FIRST REQUEST)** *continuation page:*

Dated this 20th day of September, 2018

**NAYLOR & BRASTER**

*/s/ Jennifer L. Braster*
Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
jbraster@nblawnv.com
asharples@nblawnv.com
 and
Katherine A. Neben
Nevada Bar No. 14590
Jones Day
3161 Michelson Drive
Irvine, CA 92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539
kneben@jonesday.com
*Counsel for Experian
Information Solutions, Inc*

**SANTORO WHITMIRE**

*/s/ James E. Whitmire*
James E. Whitmire, III
Nevada Bar No. 6533
10100 W. Charleston Boulevard, Suite 250
Las Vegas, NV 89135
Telephone: (702) 948-8771
Facsimile: (702) 948-8773
jwhitmire@santoronevada.com
*Counsel for One Nevada Credit Union*

**Allen Glasgow v. Wells Fargo, et al., Case No. 2:18-cv-01290 APG-VCV**

**ORDER**

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond to Plaintiff Allen Glasgow's First Amended Complaint up to and including October 12, 2018 is so ORDERED AND ADJUDGED.

Dated this 20th day of September, 2018.

_____
UNITED STATES MAGISTRATE JUDGE