Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALLEN R. GLASGOW,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE; NEVADA FEDERAL CREDIT UNION; ONE NEVADA CREDIT UNION; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; and TRANS UNION, LLC,<br><br>Defendants. | Case No.: 2:18-cv-01290-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS AMENDED COMPLAINT**<br>**[FIRST REQUEST]** |

Plaintiff Allen R. Glasgow ("Plaintiff"), by and through his counsel of record, and Defendant Trans Union, LLC ("Trans Union") have agreed and stipulated to the following:

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS AMENDED COMPLAINT[FIRST REQUEST] - 1

1. On July 16, 2018, Plaintiffs filed a Complaint [ECF Dkt. 1].

2. On August 29, 2018, Trans Union filed a Motion to Dismiss the Complaint [ECF Dkt.20].

3. On September 7, 2018, Plaintiff filed an Amended Complaint [ECF Dkt. 25].

4. On October 12, 2018 Trans Union filed a Motion to Dismiss the Amended Complaint [ECF Dkt. 40].

5. Plaintiff's Response is due October 26, 2018.

6. Plaintiff and Trans Union have agreed to extend Plaintiff's response fourteen days in order to allow Plaintiffs' counsel to contact the clients to address Trans Union's pending motion to dismiss and obtain approval to file the response. As a result, both Plaintiff and Trans Union hereby request this Court to further extend the date for Plaintiff to respond to Trans Union's Motion to Dismiss Amended Complaint until **November 9, 2018**. This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

///

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS AMENDED COMPLAINT[FIRST REQUEST] - 2

|   |   |
|---|---|
| IT IS SO STIPULATED.<br>Dated October 23, 2018. | |
| **KNEPPER & CLARK LLC**<br><br>/s/ *Miles N. Clark*<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>10040 W. Cheyanne Ave., Suite 170-109<br>Las Vegas, NV 89129<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>**HAINES & KRIEGER LLC**<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br>Email: dkrieger@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | **NAYLOR & BRASTER**<br><br>/s/ *Andrew J. Sharples*<br>Jennifer L. Braster, Esq.<br>Nevada Bar No. 9982<br>Andrew J. Sharples, Esq.<br>Nevada Bar No. 12866<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br>Email: jbraster@nblawnv.com<br>Email: asharples@nblawnv.com<br><br>**JONES DAY**<br><br>Katherine A. Neben, Esq.<br>Nevada Bar No. 14590<br>3161 Michelson Drive<br>Irvine, CA 92612<br>Email: kneben@jonesday.com<br><br>*Counsel for Defendant*<br>*Experian Information Solutions, Inc.* |
| **SNELL & WILMER LLP**<br><br>/s/ *Bradley T. Austin*<br>Bradley T. Austin, Esq.<br>Nevada Bar No. 13064<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Email: baustin@swlaw.com<br><br>*Counsel for Defendant*<br>*Equifax Information Services LLC* | **SNELL & WILMER LLP**<br><br>/s/ *Kelly H. Dove*<br>Kelly H. Dove, Esq.<br>Nevada Bar No. 10569<br>Jennifer Lustig McBee, Esq.<br>Nevada Bar No. 9110<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Email: kdove@swlaw.com<br>Email: mcbee@swlaw.com<br><br>*Counsel for Defendant*<br>*Wells Fargo Bank, N.A. (incorrectly named as Wells Fargo Home Mortgage)* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: October 25, 2018.

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS AMENDED COMPLAINT[FIRST REQUEST] - 3