Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALLEN R. GLASGOW,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE; NEVADA FEDERAL CREDIT UNION; ONE NEVADA CREDIT UNION; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; and TRANS UNION, LLC,<br><br>　　　　Defendants. | Case No.: 2:18-cv-01290-APG-VCF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC., ONLY** |

　　　Plaintiff Allen R. Glasgow and Defendant Experian Information Solutions, Inc., hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC., ONLY - 1

with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to EXPERIAN INFORMATION SOLUTIONS, INC.** Each party shall bear its own its own attorney's fees and costs of suit.

Dated November 13, 2018.

| | |
|---|---|
| /s/ *Miles N. Clark*<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>Email: dkrieger@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | /s/ *James E. Whitmire, III*<br>James E. Whitmire, III, Esq.<br>Nevada Bar No. 6533<br>SANTORO WHITMIRE<br>10100 W. Charleston Blvd., Ste. 250<br>Las Vegas, NV 89135<br>Email: jwhitmire@santoronevada.com<br><br>*Counsel for Defendant*<br>*One Nevada Credit Union* |
| /s/ *Andrew J. Sharples*<br>Jennifer L. Braster, Esq.<br>Nevada Bar No. 9982<br>Andrew J. Sharples, Esq.<br>Nevada Bar No. 12866<br>NAYLOR & BRASTER<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br>Email: jbraster@nblawnv.com<br>Email: asharples@nblawnv.com<br><br>Katherine A. Neben, Esq.<br>Nevada Bar No. 14590<br>JONES DAY<br>3161 Michelson Drive<br>Irvine, CA 92612<br>Email: kneben@jonesday.com<br><br>*Counsel for Defendant*<br>*Experian Information Solutions, Inc.* | /s/ *Jennifer L. McBee*<br>Kelly H. Dove, Esq.<br>Nevada Bar No. 10569<br>Jennifer L. McBee, Esq.<br>Nevada Bar No. 9110<br>SNELL & WILMER L.L.P.<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>Email: kdove@swlaw.com<br>Email: jmcbee@swlaw.com<br><br>*Counsel for Defendant*<br>*Wells Fargo Bank, N.A. (incorrectly named as Wells Fargo Home Mortgage)*<br><br>**IT IS SO ORDERED.**<br><br>_____<br>UNITED STATES DISTRICT JUDGE<br>Dated: November 14, 2018. |

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC., ONLY - 2

| /s/ *Bradley T. Austin* | /s/ *Jason G. Revzin* |
|---|---|
| Bradley T. Austin, Esq. | Jason G. Revzin, Esq. |
| Nevada Bar No. 13064 | Nevada Bar No. 8629 |
| SNELL & WILMER LLP | LEWIS, BRISBOIS, BISGAARD & SMITH |
| 3883 Howard Hughes Pkwy., Ste. 1100 | 6385 S. Rainbow Blvd., Ste. 600 |
| Las Vegas, NV 89169 | Las Vegas, NV 89118 |
| Email: baustin@swlaw.com | Email: jason.revzin@lewisbrisbois.com |
| *Counsel for Defendant* | *Counsel for Defendant* |
| *Equifax Information Services, LLC* | *Trans Union LLC* |

*Glasgow v. Wells Fargo Home Mortgage et al*
Case No. 2:18-cv-01290-APG-VCF

## ORDER GRANTING

## STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC.,

## WITH PREJUDICE

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this ____ day of _____ 2018.

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC., ONLY - 3