Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALLEN R. GLASGOW, <br><br> Plaintiff, <br><br> vs. <br><br> WELLS FARGO HOME MORTGAGE; NEVADA FEDERAL CREDIT UNION; ONE NEVADA CREDIT UNION; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; and TRANS UNION, LLC, <br><br> Defendants. | Case No.: 2:18-cv-01290-APG-VCF <br><br> **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO ONE NEVADA CREDIT UNION AND NEVADA FEDERAL CREDIT UNION, ONLY** |

Plaintiff Allen R. Glasgow and Defendants ONE NEVADA CREDIT UNION and NEVADA FEDERAL CREDIT UNION, hereby stipulate and agree that the above-entitled action

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO ONE NEVADA CREDIT UNION AND NEVADA FEDERAL CREDIT UNION, ONLY - 1

shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to ONE NEVADA CREDIT UNION and NEVADA FEDERAL CREDIT UNION.** Each party shall bear its own its own attorney's fees and costs of suit.

Dated November 16, 2018.

| /s/ *Miles N. Clark* | /s/ *James E. Whitmire, III* |
|---|---|
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>Email: dkrieger@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | James E. Whitmire, III, Esq.<br>Nevada Bar No. 6533<br>SANTORO WHITMIRE<br>10100 W. Charleston Blvd., Ste. 250<br>Las Vegas, NV 89135<br>Email: jwhitmire@santoronevada.com<br><br>*Counsel for Defendant*<br>*One Nevada Credit Union* |
| /s/ *Jennifer L. McBee*<br>Kelly H. Dove, Esq.<br>Nevada Bar No. 10569<br>Jennifer L. McBee, Esq.<br>Nevada Bar No. 9110<br>SNELL & WILMER L.L.P.<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>Email: kdove@swlaw.com<br>Email: jmcbee@swlaw.com<br><br>*Counsel for Defendant*<br>*Wells Fargo Bank, N.A. (incorrectly named as Wells Fargo Home Mortgage)* | /s/ *Jason G. Revzin*<br>Jason G. Revzin, Esq.<br>Nevada Bar No. 8629<br>LEWIS, BRISBOIS, BISGAARD & SMITH<br>6385 S. Rainbow Blvd., Ste. 600<br>Las Vegas, NV 89118<br>Email: jason.revzin@lewisbrisbois.com<br><br>*Counsel for Defendant*<br>*Trans Union LLC* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: November 16, 2018.

/s/ *Bradley T. Austin*
Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER LLP
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV 89169
Email: baustin@swlaw.com

*Counsel for Defendant*
*Equifax Information Services, LLC*

*Glasgow v. Wells Fargo Home Mortgage et al*
Case No. 2:18-cv-01290-APG-VCF

## ORDER GRANTING

## STIPULATION OF DISMISSAL OF ONE NEVADA CREDIT UNION AND NEVADA FEDERAL CREDIT UNION WITH PREJUDICE

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this ____ day of _____ 2018.

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO ONE NEVADA CREDIT UNION AND NEVADA FEDERAL CREDIT UNION, ONLY - 3