# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ALLEN GLASGOW, | Case No. 2:18-cv-01290-APG-VCF |
| Plaintiff, | |
| v. | **ORDER FOR STIPULATION OF DIMISSAL OR STATUS REPORT** |
| WELLS FARGO HOME MORTGAGE., et al., | |
| Defendants. | |

On December 6, 2018, the plaintiff advised the Court that he had reached a settlement with defendant Wells Fargo Home Mortgage and requested 60 days to finalize settlement. ECF No. 52. More than 60 days have passed without a stipulation to dismiss being filed.

IT IS THEREFORE ORDERED that plaintiff Timothy Farmer and defendant Wells Fargo Home Mortgage shall file a stipulation of dismissal or a status report regarding settlement on or before March 22, 2019.

DATED this 5th day of March, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE