# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALLEN GLASGOW, | Case No. 2:18-cv-01290-APG-VCF |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION REGARDING DISMISSAL** |
| WELLS FARGO HOME MORTGAGE., et al., | |
| Defendants. | |

The plaintiff and defendant Wells Fargo Home Mortgage have stipulated to request an additional 30 days to finalize their settlement. I approve.

IT IS THEREFORE ORDERED that the joint motion **(ECF No. 74) is granted**. Plaintiff Timothy Farmer and defendant Wells Fargo Home Mortgage shall file a stipulation of dismissal or a status report regarding settlement on or before April 22, 2019.

DATED this 25th day of March, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE